# United States Court of Appeals
## For the First Circuit

No. 12-2523

ARKEL BALLARDO CASTRO,

Petitioner,

v.

ERIC H. HOLDER, JR., Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on August 16, 2013 is amended as follows:

On page 8, line 4 insert brackets so that they enclose the following phrase in the block quotation: [in 8 U.S.C. § 1252(a)(2)(D)].

On page 10, lines 16-17, "Rosario, 627 F.3d 58" is changed to "Rosario v. Holder, 627 F.3d 58 (2d Cir. 2010)".